**Slip Op. 15-30**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| PLASTICOID MANUFACTURING INC., | : | |
| *Plaintiff*, | : | |
| v. | : | Court No. 12-00407 |
| UNITED STATES, | : | |
| *Defendant*. | : | |

# <u>ORDER OF DISMISSAL</u>

Upon consideration of Plaintiff's submission of March 25, 2015, which advises that Plaintiff's ownership has changed and that the successor entity, FSM Technologies, has not filed comments on the U.S. Department of Commerce's Draft Results of Redetermination Pursuant to Court Remand (dated March 18, 2015) and does not plan to pursue this action; and after conferring with both parties, and with their consent, it is hereby

ORDERED that this action is dismissed with prejudice, with each party to bear its own expenses; and it is further

ORDERED that Defendant's Consent Motion to Stay or Suspend Remand Redetermination Schedule is denied as moot.


        /s/ Delissa A. Ridgway
        Delissa A. Ridgway
        Judge

Dated: April 3, 2015
  New York, New York